No. 22-2120

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**TINA RAY**

*Plaintiff-Appellant,*

*v.*

**MICHAEL ROANE, in his individual capacity,**

*Defendant(s)-Appellee(s).*

On appeal from the United States District Court
for the Western District of Virginia
No. 5:17-cv-00093-EKD-JCH

**APPELLANT'S REPLY BRIEF**

Mario B. Williams
**HDR LLC**
44 Broad Street NW
Suite 200
Atlanta, GA 30303
Tel: (404) 254-0442
mwilliams@hdrattorneys.com

## Table of Contents

TABLE OF CONTENTS ................................................................................................. i

TABLE OF AUTHORITIES ........................................................................................ ii

ARGUMENT ..............................................................................................................1

REQUEST FOR ORAL ARGUMENT .................................................................1

CONCLUSION ...........................................................................................................1

CERTIFICATE OF COMPLIANCE HERE ................................................2

CERTIFICATE OF SERVICE ..................................................................................3

ii | P a g e

## Table of Authorities

Ms. Ray does not cite case law or statutes in her Reply Brief, thus has no authorities to cite.

## ARGUMENT

After reviewing Appellees response motion, Ms. Ray stands by all the arguments set forth in her initial opening brief. Appellees and the lower court simply did not credit the acknowledged facts, facts that clearly favored Ms. Ray while also having independent corroborated evidence in support thereof, including testimony from officers.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 34(a), Ms. Ray requests oral argument on the significant issue because the standard of review is vital to fundamental principles that our judicial system rests upon. Ms. Ray would like the opportunity to answer any questions that this Court may have while coming to a well-reasoned opinion.

## CONCLUSION

For the reasons cited above, Mrs. Ray request the relief sought in her Appellant Brief and relief this Honorable Court deems fit as a matter of law.

Dated: May 18, 2023

/s/ Mario B. Williams
Mario B. Williams
Va. Bar No. 91955

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
Tel: (404) 254-0442
mwilliams@hdrattorneys.com

1 | P a g e

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

No. 22-2120      Caption: Tina Ray v. Michael Roane

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

> **Type-Volume Limit for Briefs if Produced Using a Computer:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

> **Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2), 35(b)(2) & 40(b)(1).

> **Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6).

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

☑ this brief or other document contains __347__ [state number of] words

☐ this brief uses monospaced type and contains _____ [state number of] lines

This brief or other document complies with the typeface and type style requirements because:

☑ this brief or other document has been prepared in a proportionally spaced typeface using MS Word 2016 [identify word processing program] in Times New Roman, 14 font [identify font size and type style]; **or**

☐ this brief or other document has been prepared in a monospaced typeface using _____ [identify word processing program] in _____ [identify font size and type style].

(s) Mario B. Williams

Party Name Appellant

Dated: 5/18/2023

2 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I electronically filed the foregoing with the Clerk of Court for the Unite States Court of Appeals for the Fourth Circuit by using the appellant CM/ECF system.

This document has been filed using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Dated: May 18, 2023

Respectfully submitted,

/s/ Mario B. Williams
Mario B. Williams
Va. Bar No. 91955

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
Tel: (404) 254-0442
mwilliams@hdrattorneys.com
*Counsel for Appellant*

3 | P a g e